# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO APARICIO, | |
| Petitioner, | 3:07-cv-00427-LRH-VPC |
| vs. | ORDER |
| E.K. MCDANIEL, *et al.*, | |
| Respondents. | |

Petitioner's motion (#14) to expedite is DENIED as moot. See #15.

DATED this 8th day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE