UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HUGO APARICIO,

    Petitioner,

vs.

E.K. MCDANIEL, *et al.*,

    Respondents.

3:07-cv-00427-LRH-VPC

ORDER

    Petitioner's motion (#22) to correct record is DENIED. The entry to which petitioner refers in his motion signifies only that an application to proceed *in forma pauperis* on appeal was not acted on or granted in the district court. The entry has nothing to do with whether petitioner was granted pauper status in the district court proceedings, which is a matter of record.

    DATED this 23rd day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE