# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO APARICIO,<br><br>            Petitioner,<br><br>vs.<br><br>E.K. MCDANIEL, *et al.*,<br><br>            Respondents. | 3:07-cv-00427-LRH-VPC<br><br>ORDER |

Petitioner's motion (#68) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including December 14, 2009.

DATED this 26th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE