# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUGO APARICIO,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*,

    *Respondents*.

3:07-cv-00427-LRH-VPC

ORDER

    Petitioner's motion (#83) for an enlargement of time is GRANTED, and the time for petitioner to file an opposition to the motion to dismiss is extended up to and including April 19, 2010.

    Dated this 5th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE