# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUGO APARICIO,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.,*

    *Respondents*.

3:07-cv-00427-LRH-VPC

ORDER

    Petitioner's motions (## 92 & 94) to transport prisoner and provide reasonable access are DENIED without prejudice as moot following upon the rescheduling of the evidentiary hearing. Petitioner may renew the requests in full or in part as required and/or necessary in connection with the rescheduled hearing date.

    DATED this 12th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE