# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO APARICIO,<br><br>　　　*Petitioner*,<br><br>vs.<br><br>E.K. MCDANIEL, *et al.*,<br><br>　　　*Respondents*. | 3:07-cv-00427-LRH-VPC<br><br>ORDER |

　　　In connection with the evidentiary hearing in this matter,

　　　IT IS ORDERED that the Nevada Department of Corrections shall transport inmate **HUGO APARICIO, Inmate No. 80181**, from Ely State Prison to the United States District Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, to personally attend the matter scheduled for **1:00 p.m., on Thursday, August 11, 2011**, in a courtroom to be determined**.**

　　　The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas office.

　　　DATED this 12th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE