# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO APARICIO,<br><br>    *Petitioner*,<br><br>vs.<br><br>E.K. MCDANIEL, *et al.*,<br><br>    *Respondents*. | 3:07-cv-00427-LRH-VPC<br><br>ORDER |

In connection with the evidentiary hearing in this matter,

IT IS ORDERED that the Nevada Department of Corrections shall transport inmate **ERIBERTO LEON, Inmate No. 80786**, from High Desert State Prison to the United States District Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, to personally attend the matter scheduled for **1:00 p.m., on Thursday, August 11, 2011**, in a courtroom to be determined.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas office.

DATED this 12th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE