___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 7 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO APARICIO, | |
| *Petitioner*, | 3:07-cv-00427-LRH-VPC |
| vs. | ORDER |
| E.K. MCDANIEL, *et al.*, | |
| *Respondents*. | |

In connection with the evidentiary hearing in this matter,

IT IS ORDERED that the Nevada Department of Corrections shall transport inmates:

**JULIO M. GARCIA, #53921**

**RAYMOND PHENIX, #46333**

from **High Desert State Prison**, to the United States District Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, to personally attend the matter scheduled for **1:00 p.m., on Thursday, August 11, 2011**, in a courtroom to be determined.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas office.

DATED this 27 day of July, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE