AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

HUGO APARICIO,

      Petitioner,                    JUDGMENT IN A CIVIL CASE
V.

                                 CASE NUMBER: **3:07-cv-00427-LRH-VPC**

RENEE BAKER, et al.,

      Respondents.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (ECF No. 82) is GRANTED and the petition, as amended, is DISMISSED with prejudice as untimely.
     **IT IS FURTHER ORDERED AND ADJUDGED** that a certificate of appealability is GRANTED.

   March 30, 2012                                                                **LANCE S. WILSON**
                                                                                       Clerk

                                                                                     /s/ Katie Lynn Ogden
                                                                                       Deputy Clerk