AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

HUGO APARICIO,

             Petitioner,

V.

RENEE BAKER, et al.,

             Respondents.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-00427-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (ECF No. 82) is GRANTED and the petition, as amended, is DISMISSED with prejudice as untimely.

    **IT IS FURTHER ORDERED AND ADJUDGED** that a certificate of appealability is GRANTED.

   March 30, 2012

                                           **LANCE S. WILSON**
                                               Clerk

                                       /s/ Katie Lynn Ogden
                                         Deputy Clerk