UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HUGO APARICIO,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>E.K. MCDANIEL, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:07-cv-00427-LRH-VPC<br><br>ORDER |

On March 30, 2012, this court dismissed petitioner Hugo Aparicio's counseled habeas corpus petition with prejudice as untimely, and judgment was entered (ECF Nos. 117, 118).  The Ninth Circuit Court of Appeals affirmed, and the United States Supreme Court denied Aparicio's petition for a writ of certiorari on May 27, 2014 (ECF Nos. 127, 134, 139).  Almost two years later, petitioner filed a motion to hold his first former counsel in contempt; petitioner alleges that his first former counsel did not turn over his entire file to his second former counsel (ECF No. 141).  Nothing in the record indicates that second former counsel lacked Aparicio's file and/or any needed documents or records.  Moreover, this action is closed, and the court has no jurisdiction to consider this motion.

**IT IS THEREFORE ORDERED** that petitioner's motion to hold in contempt (ECF No. 141) is **DENIED**.

DATED this 7th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE